**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

CHARLES L. COOPER and
MARY R. COOPER

    Plaintiffs,

    v.                              Case No. 4:05 cv 221 SPM/AK

PARAGON FINANCIAL GROUP, INC.,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY JUDICIAL PROCEEDINGS**

    THIS CAUSE came before this Court upon Plaintiffs' Unopposed Motion for Extension of Time.  The Court has considered the motion and has otherwise been fully advised.  It is therefore

    **ORDERED AND ADJUDGED** that the referenced motion be and hereby is granted and that Plaintiffs have until July 28, 2005 to file their Response to Defendant's Motion to Compel Arbitration and Stay Judicial Proceedings.

    **DONE AND ORDERED** in Chambers, Gainesville, Florida this 14th day of July, 2005.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge